UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ERIC T CAMPBELL
7105 EASTERN SHORE RD
MONTGOMERY, AL 36117

CASE NO: 08-31987-DHW
Chapter 13

Soc. Sec. No. XXX-XX-4295
Debtor.

## INCOME WITHHOLDING ORDER

TO: NORRED & ASSOCIATES
ATTN PAYROLL
P O BOX 30354
ATLANTA, GA 30354

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that NORRED & ASSOCIATES withhold from the wages, earnings, or other income of this debtor the sum of $150.00 BI-WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
08-31987-DHW ERIC T CAMPBELL
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, October 22, 2009 .

cc: Debtor
Debtor's Attorney

/ s / Dwight H. Williams Jr.
Dwight H. Williams Jr.
United States Bankruptcy Judge