# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 08-31987 |
| Eric T. Campbell } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on September 29, 2008.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because he lost his job and had to move to Georgia.

3. The debtor(s) is now able to resume payments to the Trustee because he has now become employed with Norred & Associates, P.O. Box 30354 Atlanta Ga. 30354  He has made a recent payment of $600 which represents approximately two months of Trustee payments (see attached).

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 30 day of November, 2009.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201

334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 30 day of November, 2009.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs



ATT: Vonda Mcleod

From: Eric Campbell
My Address is
1825 Linwood Ave
East Point, GA 30344